490

*Justices concur, except Wyatt and Head, JJ., who dissent from division 2 of the opinion and the judgment of affirmance, Duckworth, C. J., and Almand J., concur specially. Cross-bill of exceptions dismissed. All the Justices concur.*

ALMAND, Justice. I concur in the ruling in division 1 of the opinion only because of prior unanimous decisions of this court, cited in the opinion. I think that these previous decisions are wrong and should be overruled, but since a sufficient number of members of the present court to overrule these cases do not agree with me, I am bound by these prior rulings. I am authorized to say that Chief Justice Duckworth concurs in this special concurrence.

NIX *v.* STATE OF GEORGIA, by LEATHERS, Solicitor-General.

HAWKINS, Justice. The pleadings, evidence, judgment, and assignments of error in this case being similar to those in *Copeland* v. *Leathers,* 206 *Ga.* 280 (56 S. E. 2d, 530), the decision of this court in that case is controlling here, and the request to review and overrule that decision is denied. The judgment of the trial court is, therefore, affirmed, with direction that it be modified so as to eliminate the restraint as to the sale by the defendant of the property involved.

*Judgment affirmed with direction. All the Justices concur, except Duckworth, C. J., and Head, J., who dissent.*

No. 16932. FEBRUARY 13, 1950.

*Stonewall Dyer* and *Wilbur B. Nall,* for plaintiff.
*Roy Leathers, Solicitor-General,* for defendant.

MITCHELL *v.* STATE OF GEORGIA, by LEATHERS, Solicitor-General.

HAWKINS, Justice. The pleadings, evidence, judgment, and assignments of error in this case being similar to those in *Copeland* v. *Leathers,* 206 *Ga.* 280 (56 S. E. 2d, 530), the decision of this court in that case is controlling here, and the request to review and overrule that decision is denied. The judgment of the trial court is, therefore, affirmed, with direction that it be modified so as to eliminate the restraint as to the sale by the defendant of the property involved.

*Judgment affirmed with direction. All the Justices concur, except Duckworth, C. J., and Head, J., who dissent.*

No. 16933. FEBRUARY 13, 1950.